IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ROBERT ALLEN BANE,

      Plaintiff,

v.                                      CASE NO.  7:17cv5

VIRGINIA DEPARTMENT
OF CORRECTIONS, *et al.*,

      Defendants.

### NOTICE OF SETTLEMENT

Defendants Virginia Department of Corrections ("VDOC") and B. Marano, by counsel, hereby inform the Court that they have reached a settlement of this matter with the *pro se* Plaintiff, Robert Allen Bane.

On December 20, 2017, the undersigned mailed Plaintiff a proposed settlement agreement that had been verbally agreed to by the appropriate officials at VDOC. Plaintiff signed the agreement on December 21 and the undersigned received a courtesy electronic copy of the document on the same day. Counsel for Defendants understands the original signed agreements should be in the mail to her office at this time.

Counsel for Defendants will obtain the appropriate signature on the agreement and will submit a proposed consent order incorporating the parties' agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994) and dismissing this case with prejudice no later than February 2, 2018. The undersigned submits that with the upcoming holidays, planned out of office time, and multiple work-related obligations set for January, she needs this amount of time to receive the original documents, obtain original signatures, and draft a suitable order.

Respectfully submitted,

VIRGINIA DEPARTMENT OF CORRECTIONS and B. MARANO, Defendants

By:          s/Laura Maughan
Laura Maughan, AAG, VSB #87798
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-0030
Fax: (804) 786-4239
Email: lmaughan@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: n/a

I also hereby certify that I have sent the documents, postage prepaid, to the following non-CM/ECF participant: Robert Allen Bane, #1116695, Green Rock Correctional Center, P.O. Box 1000, Chatham, Virginia 24531-1000.

By:     s/ Laura Maughan
Laura Maughan, AAG, VSB #87798
Office of the Attorney General
Attorney for Defendants
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 786-0030
Fax: (804) 786-4239
Email: lmaughan@oag.state.va.us